DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLADYS OLMOS** and **JAIME OLMOS,**
Appellants,

v.

**GREEN TREE SERVICING LLC,**
Appellee.

No. 4D17-1090

[November 22, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE12024781.

Mark H. Klein of The Arcia Law Firm, Miramar, for appellants.

John D. Cusick of Phelan Hallinan Diamond & Jones, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***